1   Robert S. Green (State Bar No. 136183)
    James Robert Noblin (State Bar No. 114442)
2   **GREEN & NOBLIN, P.C.**
    595 Market Street, Suite 2750
3   San Francisco, CA 94105
    Telephone:  (415) 477-6700
4   Facsimile:  (415) 477-6710
    Email:  scefiling@classcounsel.com
5
    Attorneys for Plaintiff
6
    [Additional Counsel Appear on Signature Page]
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

11  MARY DAVIS, Derivatively on Behalf of Netflix, ) Case No.5:12-cv-01558-PSG
    Inc.,                                          )
12                                                 ) **NOTICE OF VOLUNTARY**
                        Plaintiff,                 ) **DISMISSAL PURSUANT**
13                                                 ) **TO FED. R. CIV. P. 41(a)(1)(A)(i)**
                                                   )
14          v.                                     )
                                                   )
15  RICHARD N. BARTON, A. GEORGE BATTLE, )
    CHARLES H. GIANCARLO, TIMOTHY M.              )
16  HALEY, REED HASTINGS, LESLIE J.               )
    KILGORE, ANN MATHER, NEIL D. HUNT,            )
17  THEODORE A. SARANDOS, DAVID B.                )
    WELLS,                                         )
18                                                 )
                        Defendants,                )
19                                                 )
            and                                    )
20                                                 )
    NETFLIX, INC.,                                 )
21                                                 )
    _____ Nominal Defendant. )

22          Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Mary Davis, by and through her

23  undersigned counsel, hereby voluntarily dismisses all claims against defendants, Netflix, Inc.,

24  Richard N. Barton, A. George Battle, Charles H. Giancarlo, Timothy M. Haley, Reed Hastings,

25  Leslie J. Kilgore, Ann Mather, Neil D. Hunt, Theodore A. Sarandos, and David B. Wells, asserted in

26  the above-captioned action.   No defendant in this action has answered or filed for summary

27  judgment and a class has not been certified.

28

1   DATED:  May 2, 2012                              **GREEN & NOBLIN, P.C.**

2

3                                           By: _____

4                                               Robert S. Green
                                                James Robert Noblin
5                                               595 Market Street, Suite 2750
                                                San Francisco, California 94105
6                                               Telephone: (415) 477-6700
                                                Facsimile: (415) 477-6710

7                                               *Attorneys for Plaintiff*

8   **OF COUNSEL:**

9   **RIGRODSKY & LONG, P.A.**

10  Seth D. Rigrodsky
    Brian D. Long
11  Gina M. Serra
    919 North Market Street, Suite 980
12  Wilmington, DE 19801
    Telephone:  (302) 295-5310
13  Facsimile:  (302) 654-7530

14  **LAW OFFICE OF DEBORAH S. GOODMAN P.C.**

15  Deborah S. Goodman
    1301 Skippack Pike, Suite 7A #133
16  Blue Bell, PA 19422
    Telephone: (610) 277-6057
17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)